UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH CROWL (#507713)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

16-413-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated August 1, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[3] filed by Darrel Vannoy, Stephanie Lamartiniere, and Randy Lavespere is denied as moot and the *Motion for Summary Judgment*[4] filed by Darrel Vannoy, Stephanie Lamartiniere, and Randy Lavespere is granted and any claims against Dr. Helms are dismissed without prejudice for failure to serve.

Baton Rouge, Louisiana the 23 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 26.
[3] Rec. Doc. 14.
[4] Rec. Doc. 22.